# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:21-cv-00035-RJC

| | |
|---|---|
| ANGELA KALONAHESKIE, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g). (Doc. No. 14). Defendant seeks a judgment reversing its decision and remanding this case for further administrative proceedings. Plaintiff's counsel has consented to Defendant's Motion.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for entry of judgment and remand is **GRANTED** and the Commissioner's decision is **REVERSED** with a remand of the case to the Commissioner for further proceedings.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment, (Doc. No. 12), is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: January 11, 2022

Robert J. Conrad, Jr.
United States District Judge